1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada Bar No. 9635
   FRANK J. COUMOU
3  Assistant United States Attorney
   Nevada Bar No. 4577
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Fax: (702) 388-5087
   frank.coumou@usdoj.gov
7
   *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| UNITED STATES OF AMERICA, | 2:17-cr-00245-RFB |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| JESSE EMANUEL SALAS, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against Defendant Jesse Emanuel Salas.

The United States, having reviewed additional information, cannot continue the instant prosecution against Defendant at this time. The Defendant is being prosecuted by the State of Nevada charged with the same offense.

1

1    Accordingly, the United States respectfully requests that the instant case (2:17-
2    cr-00245-RFB) against Defendant Jesse Emanuel Salas be dismissed without prejudice,
3    and the case against the same be closed.

     DATED: November 30, 2017.

                                    Respectfully submitted,

                                    STEVEN W. MYHRE
                                    Acting United States Attorney

                                     //s// Frank J. Coumou
                                    _____
                                    FRANK J. COUMOU
                                    Assistant United States Attorney

                                    **ORDER**

     With no opposition from Defendant, IT IS SO ORDERED.

                                    _____
                                    RICHARD F. BOULWARE, II
                                    United States District Judge

                                    **DATED**: December 5, 2017.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 30th day of November, 2017.

*/ s / Frank Coumou*
_____
FRANK COUMOU
Assistant United States Attorney